432 A.2d 257

Commonwealth v. Brewer, Appellant.

Argued March 19, 1980. Janet W. Mason, Assistant Public Defender, for appellant; Robert J. Donatoni, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, CAVANAUGH and WATKINS, JJ.

Judgment of sentence affirmed.